UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVIS Case No

LUIGI PALMA,

Petitioner,

v

Case No. 1:25-cv-23679-DPG

Judge Darrin P. Gayles

WARDEN GRANT HEUETT,

Respondent.

_______________________________/

**NOTICE OF FULL BRIEFING AND REQUEST FOR RULING**

Petitioner, Luigi Palma, by and through undersigned counsel, respectfully files this Notice to advise the Court that briefing on the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is now complete, and respectfully requests that the Court proceed to rule on the merits. In support, Petitioner states:

1. Petitioner filed his Amended Petition on November 12, 2025 (DE 9), together with a supporting memorandum and exhibits.

2. Respondent filed a Response to the Court's Order to Show Cause on January 12, 2026 (DE 18).

3. Petitioner filed his Reply in support of the Petition on February 9, 2026 (DE 21/22).

4. By Order dated January 12, 2026 (DE 17), the Court denied Petitioner's Motion for Hearing, noting that "Petitioner's claims will be briefed by both parties" and that the Court did "not see a need for a hearing at this time."

5. No further filings by either party are due, and no matters remain outstanding. The Petition has been fully briefed and ripe for decision since February 9, 2026.

6. Petitioner respectfully raises this matter for the Court's attention given the liberty interests at stake in a habeas proceeding, and respectfully requests that the Court rule on the Petition at the Court's earliest convenience.

WHEREFORE, Petitioner respectfully requests that this Honorable Court enter a ruling on the Amended Petition for Writ of Habeas Corpus.

Dated: August 17, 2026

Respectfully submitted,

/s/ Robert Lawrence Sirianni, Jr.
Robert Lawrence Sirianni, Jr.
Florida Bar No. 613460
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, FL 32790-2047
Telephone: (407) 388-1900
Email: robertsirianni@brownstonelaw.com
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

/s/ Robert Lawrence Sirianni, Jr.
Robert Lawrence Sirianni, Jr.